Thomas H. BRAY, Appellant,

v.

BANK OF AMERICA; MERS Inc. (Mortgage Electronic Registration Systems); Countrywide Home Loans, Appellees.

Countrywide Home Loans; Bank of America; and MERS Inc., as a nominee of America's Home Loans LLC, its successors and assigns, Counter Claimants,

v.

Thomas H. Bray, individually and as alleged Trustee of Multigrain CPT a/k/a Multigrains CPT; Michael D. Harris, Trustee of Bray 10 Family Trust; Ken Campbell, also known as Kenneth Campbell; Sharenda Bray Wiebe; Devin Bray; and Portfolio Recovery Associates, Counter Defendants.

No. 11–1293.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 28, 2011.

Filed: Oct. 4, 2011.

Thomas H. Bray, Bismarck, ND, pro se.

Jeffrey C. Nelson, John J. Petrik, Vogel Law Firm, Bismarck, ND, for Appellees.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Thomas Bray appeals the district court's[1] adverse summary judgment decision in this action involving Bray's complaint seeking to quiet title to his property, and defendants' counterclaim seeking foreclosure on that property and several other specific forms of relief. Because the district court's judgment did not fully dispose of all of the claims in this action, and in particular did not address all of the relief requested and all of the counterclaim de-

fendants, we lack jurisdiction. *See* 28 U.S.C. § 1291 (courts of appeals shall have jurisdiction of appeals from all final decisions of district courts); Fed.R.Civ.P. 54(b) (any order that adjudicates fewer than all claims does not end action as to any claims or parties); *Thomas v. Basham*, 931 F.2d 521, 522–23 (8th Cir.1991) (jurisdictional issues will be raised sua sponte when there is indication that jurisdiction is lacking). Accordingly, the appeal is dismissed.

---

1. The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.